# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,772.00<br>IN U.S. CURRENCY,<br><br>Defendant. | 1:09cv1711 AWI DLB<br><br>ORDER DISQUALIFYING MAGISTRATE<br>JUDGE AND REASSIGNING CASE<br><br>**Old Case Number: 1:09cv1711 AWI DLB**<br><br>**New Case Number: 1:09cv1711 AWI GSA** |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:09cv1711 AWI GSA.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **September 30, 2009**           **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE

1